**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Todd C. Helmick | : | |
| | : | Case No. 11-55888 |
| | : | |
|    Debtor(s) | : | Judge Preston |

**CHANGE OF MAILING ADDRESS NOTIFICATION**

NAME OF PARTY TO BE CHANGED:        Todd C. Helmick

FORMER MAILING ADDRESS:        183 Whaley Place
    Chillicothe, OH 45601

NEW ADDRESS:        819 Golfview Dr.
    Chillicothe, OH 45601

DATE:   06/16/2016        /s/ Steven Sundberg
Steven Sundberg
Attorney for Debtor
Sundberg Law Offices LLC
3840 N. High St., Suite A
Columbus, OH 43214
(614) 227-9410
e-mail:sundberg_law@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by regular U.S. mail or Electronic Notification* this   16th   day of June, 2016 to the following:

**Trustee:**
Frank Pees*
*(Electronic Service)*

**US Trustee ***
170 N. High St.
Columbus, OH 43215
*(Electronic Service)*

    /s/ Steven Sundberg
 Steven Sundberg
Attorney for Debtor(s)
Sundberg Law Offices LLC
3840 N. High St., Suite A
Columbus, OH 43214
(614) 227-9410
(614) 227-9412 *fax*
*e-mail:sundberg_law@hotmail.com*